UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-23 |
| | ) | (PHILLIPS/SHIRLEY) |
| ROBERT DESHAWN CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER EXTENDING TIME FOR COMMITMENT FOR MENTAL EXAMINATION AND EVALUATION

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is came before the Court on the September 2, 2005 request [Doc. 23] of Warden Joe W. Booker, Jr., Federal Medical Center, Lexington, Kentucky, for an extension of time for the defendant's mental evaluation. On July 14, 2005, this Court ordered [Doc. 20] the United States Marshal to transport the defendant to the nearest suitable psychiatric facility for a psychiatric evaluation of his competency to stand trial and sanity at the time of the offense. On August 29, 2005, the Court received the return [Doc. 22] on the order of commitment stating that the defendant had been delivered to FMC Lexington on August 25, 2005. The Warden requests sixty days from the date of the defendant's arrival in order to allow time for a thorough examination in light of the large number of persons currently under evaluation at the facility. He

1

also requests an additional three weeks following the conclusion of the examination in which to provide a forensic report to the Court.

Finding that good cause for an extension has been shown, the Court **GRANTS** the requested extension [**Doc. 23**]. The staff at FMC Lexington has sixty (60) days from August 25, 2005, to evaluate the defendant pursuant to the guidelines in the Court's original order of commitment [Doc. 20]. The staff has until November 14, 2005, to complete and forward the forensic report to the Court, defense counsel, and the prosecuting attorney, as directed in the order of commitment [Doc. 20].

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge