UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 3:05-CR-23 |
| | ) | (PHILLIPS/SHIRLEY) |
| ROBERT D. CAMPBELL | ) | |

O R D E R

The defendant personally appeared before the undersigned on June 21, 2006, for a hearing on a pro se Motion to Substitute/Appoint New Counsel [Doc. 21] filed on July 25, 2005 and a Motion to Substitute Counsel [Doc. 37] filed under seal on June 20, 2006, by Ms. Voss, counsel for the defendant. Ms. Voss stated that she was unable to represent the defendant because of a breakdown in their relationship. Ms. Voss also stated that she had discussed with the defendant the reason she had to withdraw as counsel.

Mr. Campbell stated in open court that he understood the motion, did not oppose the motion, and wished to have substitute counsel. The government, through Assistant United States Attorney Tracee Plowell indicated the government did not oppose the motion. The Court finds the motions are appropriate and **GRANTS** the motions. Ms. Voss is relieved of her appointment as counsel and Charles Poole is substituted as counsel of record under the Civil Justice Act (CJA). Mr. Poole was present in court and agreed to accept the appointment of counsel.

It is therefore **ORDERED** that Charles Poole be substituted as counsel of record for Mr. Robert D. Campbell, in the place and stead of Paula Voss who is hereby relieved of her

appointment, and that the defendant's pro se Motion to Substitute/Appoint New Counsel **[Doc. 21]** and defendant's Motion to Substitute Counsel **[Doc. 37]** are hereby **GRANTED**. The Competency Hearing is continued to **Friday, June 23, 2006,** at **2:30 p.m.**

**ENTERED**:

       s/ C. Clifford Shirley, Jr.
      United States Magistrate Judge