UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-23 |
| | ) | (Phillips) |
| ROBERT DESHAWN CAMPBELL | ) | |

### ORDER

This matter is before the court on defendant's *pro se* objections to the magistrate judge's report and recommendation denying his motion to suppress. Inasmuch as defendant is represented by counsel and counsel has notified the court that he intends to file objections to the magistrate judge's report and recommendation, defendant's *pro se* motion will be **DENIED.**

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge